## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**TAMMY JO MAYLE,**
      **Plaintiff,**

            **v.**

**COMMISSIONER OF SOCIAL
SECURITY,**
      **Defendant.**

      **Case No. 2:13-CV-471**
      **JUDGE EDMUND A. SARGUS, JR.**
      **Magistrate Judge Elizabeth P. Deavers**

### ORDER

On July 11, 2014, Magistrate Judge Deavers issued a report and recommendation (R&R) in this case. Doc. 19. She recommended that the Court reverse the Commissioner's non-disability finding and remand this case to ALJ pursuant to 42 U.S.C. §405(g), sentence four. *See id.* at 19–20; *see id.* at 18–19 (explaining the reasoning behind the recommendation for a remand). The R&R advised the parties that the failure to object within fourteen days would result in a waiver of the right to review. *Id.* at 20. The time period for objections has run and no party has objected. Accordingly, the R&R is **ADOPTED**. Doc. 19. The non-disability finding is **REVERSED** and this case is **REMANDED** to the Commissioner and the ALJ pursuant to 42 U.S.C. §405(g), sentence four for further consideration with the R&R.

      **IT IS SO ORDERED.**

8-4-2014
_____
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**