AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**TAMMY JO MAYLE,**

       **Plaintiff,**

                        **JUDGMENT IN A CIVIL CASE**

**v.**

                        **CASE NO. 2:13-CV-471**

**COMMISSIONER OF**           **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**            **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

       **Defendant.**

____    **Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the ORDER filed August 5, 2014, JUDGMENT is hereby entered pursuant to Sentence 4 of 42 U.S.C. § 405(g). This case is REMANDED to the Commissioner of Social Security for further proceedings.**

Date:  August 5, 2014                              JOHN P. HEHMAN, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                               Courtroom Deputy Clerk