UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TAMMY JO MAYLE,

    Plaintiff,

  v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

Case No. 2:13-cv-471
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on November 18, 2014. (ECF No. 23.) The time for filing objections has passed, and no objections to the Report and Recommendation have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (ECF No. 22) is **GRANTED** and Plaintiff is **AWARDED** attorney's fees in the amount of $2,718.75.

IT IS SO ORDERED.

12-8-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE